UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              Case No. 2:18-cr-29-01
                                                            HON. JANET T. NEFF

ROBERT DONALD KOTULA,

    Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on August 1, 2018, for an arraignment and initial appearance on the indictment charging defendant with distribution and possession of meth and maintaining a drug-involved premises. The government has filed a motion for detention. Defendant was advised that he may request a hearing at any time.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                        */s/ Timothy P. Greeley*
                                                        TIMOTHY P. GREELEY
                                                        UNITED STATES MAGISTRATE JUDGE

Dated: August 2, 2018